Opinion issued
February 16, 2012.

 



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-11-01082-CV

———————————

IN RE NEW YORK GOLD
& SILVER EXCHANGE, LLC, NEW YORK GOLD & JEWELRY EXCHANGE, LLC, 2650
ANDJON, LP, and ANDJON GP, LLC D/B/A JOHN HENRY CRANE & RIGGING, Relators



 



 

Original Proceeding on
Petition for Writ of Mandamus



 



 

MEMORANDUM
OPINION

 

          In
this original proceeding, relators New York Gold & Silver Exchange, LLC,
New York Gold & Jewelry Exchange, LLC, 2650 Andjon,
LP, and Andjon GP, LLC d/b/a John Henry Crane &
Rigging seek mandamus review
of a the trial court’s order compelling discovery.  Real parties in interest Amrut (75),
Inc. d/b/a Karat 22 Jewelers, Chitranjan Patel, Meena C. Patel, Rachna C. Patel, Girija A. Patel, and Urmila H.
Patel have filed a response. 


          We
deny the petition for writ of mandamus. 
We vacate our order of December 23, 2011 that stayed enforcement of the
order to compel.      

PER CURIAM

Panel consists of Justices Jennings, Brown,
and Huddle.